Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CANDY BISSO,<br><br>　　　　　　Defendant. | No.  6:17-MJ-00009-MJS<br><br>MOTION TO CONTIUE INITIAL APPEARANCE; AND ORDER THEREON |

　　　　The Unites States by and through its representative, Susan St. Vincent, legal officer for the National Park Service, hereby request the Initial Appearance in the above-captioned matter set for February 7, 2017, be continued to March 1, 2017 at 10:00 a.m. The Defendant reached out to the Federal Defender's Office to request a continuance to March 1, 2017, because of weather concerns and transportation issues that would prevent the Defendant's appearance on February 7, 2017.  The parties have reached a resolution in this matter.  The Defendant will be able to make necessary arrangements for transportation for March 1, 2017, and the parties are in agreement with this Motion to Continue.

1

Dated:  February 6, 2017          /S/ Susan St. Vincent
                                  Susan St. Vincent
                                  Legal Officer
                                  Yosemite National Park

## ORDER

For good cause shown, the Court accepts and adopts the above Motion and ORDERS that the February 7, 2017 initial appearance for U.S. v. Bisso, case number 6:17-mj-00009-MJS, is hereby continued to March 1, 2017 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   February 7, 2017          /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE