HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
HOPE ALLEY, CA SBN #314109
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
CANDY LYNN BISSO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 6:17-mj-00009-MJS |
|---|---|
| Plaintiff, | ) **STIPULATION TO CONTINUE; ORDER** |
| vs. | ) |
| CANDY LYNN BISSO, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal Defender Hope Alley, counsel for Candy Lynn Bisso, that the Court continue the January 24, 2018 hearing to March 6, 2018.

On November 15, 2017, the Court issued an order denying defendant's motion to suppress. Since that time, the case has been transferred to another attorney and Ms. Bisso has moved to a new address. Given the circumstances, the parties request that the Court continue Ms. Bisso's January 24, 2018 hearing to March 6, 2018.

//

//

//

//

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: January 17, 2018
/s/ Susan St. Vincent
Susan St. Vincent
Yosemite Legal Officer
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: January 17, 2018
/s/ Hope Alley
HOPE ALLEY
Assistant Federal Defender
Attorney for Defendant
CANDY LYNN BISSO

# **O R D E R**

The Court accepts the above Stipulation and adopts its terms as the Order of this Court. Accordingly, the January 24, 2018 hearing for Candy Lynn Bisso, Case No. 6:17-mj-00009-MJS, is continued to March 6, 2018, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   January 17, 2018          /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE