1  HEATHER E. WILLIAMS, Cal. Bar No. 122664
   Federal Defender
2  HOPE ALLEY, Cal. Bar No. 314109
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   CANDY LYNN SMITH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 6:17-mj-00009-JDP |
|---|---|
| Plaintiff, | **MOTION TO VACATE OCTOBER 30, 2018 REVIEW HEARING; ORDER** |
| vs. | |
| CANDY LYNN SMITH, | |
| Defendant. | |

Defendant Candy Lynn Smith hereby requests that the Court vacate the October 30, 2018 review hearing. The Government is in agreement with the request.

On May 15, 2018, the Court sentenced Mrs. Smith to 6 months of unsupervised probation, with the conditions that she obey all laws and advise the Court and Government within seven days of being cited or arrested for any alleged violation of law. The Court also ordered Mrs. Smith to pay a $300.00 fine.

Mrs. Smith has paid off her fine and has had no new violations of law. Accordingly, the parties request that the Court vacate the October 30, 2018 review hearing.

//

//

//

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: October 16, 2018   */s/ Hope Alley*
HOPE ALLEY
Assistant Federal Defender
Attorney for Defendant
CANDY LYNN SMITH

## **O R D E R**

Pursuant to the parties' request, the Court vacates the October 30, 2018 review hearing for Case No. 6:17-mj-00009.

IT IS SO ORDERED.

Dated:   October 17, 2018                                         _____
UNITED STATES MAGISTRATE JUDGE